**FILED**

May 13, 2015

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )     Case No. 2:15MJ00104-AC-1
         Plaintiff,                  )
                                     )     ORDER FOR RELEASE OF
v.                                   )     PERSON IN CUSTODY
                                     )
JORDAN ALEXANDER KINGLEE,            )
                                     )
         Defendant.                  )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _JORDAN ALEXANDER KINGLEE_ , Case

No. _2:15MJ00104-AC-1_ , Charge _18USC § 1343 AND 1346_ , from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

         __   Release on Personal Recognizance

         __   Bail Posted in the Sum of $_____

              __   Unsecured Appearance Bond $_____

              __   Appearance Bond with 10% Deposit

              __   Appearance Bond with Surety

              __   Corporate Surety Bail Bond

              ✔   (Other)      _Pretrial conditins as stated on the record._

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _May 13, 2015_ at _2:00 pm_ .

                              By   /s/ Allison Claire/s/ Allison Claire

                                   Allison Claire
                                   United States Magistrate Judge

Copy 2 - Court