BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JORDAN KINGLEE,<br><br>　　　　　　　　Defendant. | CASE NO. 2:15-MJ-0104 AC<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: June 3, 2015<br>TIME: 2:00 p.m.<br>COURT: Hon. Dale A. Drozd |

　　　　Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney CHRISTIAAN H. HIGHSMITH, and defendant JORDAN KINGLEE, both individually and by and through his counsel of record, MATTHEW SCOBLE, hereby stipulate as follows:

　　　　1.　　The Complaint in this case was filed on May 7, 2015, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on May 13, 2015. The court set a preliminary hearing date of June 3, 2015.

　　　　2.　　By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to June 17, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between June 3, 2015, and June 17, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  May 26, 2015  

BENJAMIN B. WAGNER
United States Attorney

/s/ CHRISTIAAN H. HIGHSMITH
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

Dated:  May 26, 2015  

/s/ MATTHEW SCOBLE
MATTHEW SCOBLE
Counsel for Defendant
Jordan Kinglee

**ORDER**

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on May 26, 2015.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to June 17, at 2:00 p.m.

2. The time between June 3, 2015, and June 17, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  May 26, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
kinglee0104.cont.PX

STIPULATION

3