1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | CASE NO. 2:15-MJ-0104-AC

12 |                  Plaintiff,         | STIPULATION AND [PROPOSED] ORDER FOR
                                         | EXTENSION OF TIME FOR PRELIMINARY
13 |           v.                        | HEARING PURSUANT TO RULE 5.1(d) AND
                                         | EXCLUSION OF TIME
14 | JORDAN KINGLEE,
                                         | DATE: June 17, 2015
15 |                  Defendant.         | TIME: 2:00 p.m.
                                         | COURT: Hon. Edmund F. Brennan
16

17      Plaintiff United States of America, by and through its attorney of record, Assistant United States

18 Attorney CHRISTIAAN H. HIGHSMITH, and defendant JORDAN KINGLEE, both individually and

19 by and through his counsel of record, MATTHEW SCOBLE, hereby stipulate as follows:

20      1.   The Complaint in this case was filed on May 7, 2015, and defendant first appeared before

21 a judicial officer of the Court in which the charges in this case were pending on May 13, 2015. At that

22 hearing, the court set a preliminary hearing date of June 3, 2015.

23      2.   On May 26, the parties filed a stipulation and proposed order seeking a continuance of

24 the preliminary hearing date. In accordance with the stipulation of the parties, the court set a preliminary

25 hearing date of June 17, 2015.

26      3.   By this stipulation, the parties jointly move for an extension of time of the preliminary

27 hearing date to August 12, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the

28 Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense

reasonable time for preparation, for the government's continuing investigation of the case, and for the parties to evaluate the evidence and consider the possibility of a pre-indictment resolution of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between June 17, 2015, and August 12, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  June 11, 2015                     BENJAMIN B. WAGNER
                                          United States Attorney


                                          /s/ CHRISTIAAN H. HIGHSMITH
                                          CHRISTIAAN H. HIGHSMITH
                                          Assistant United States Attorney


Dated:  June 11, 2015                     /s/ MATTHEW SCOBLE
                                          MATTHEW SCOBLE
                                          Counsel for Defendant
                                          Jordan Kinglee


## [~~PROPOSED~~] FINDINGS AND ORDER

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on June 11, 2015.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a

speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to August 12, at 2:00 p.m.

2. The time between June 17, 2015, and August 12, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED:  June 11, 2015.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION

3