HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORDAN KINGLEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:15-mj-0104-AC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | ) | |
| JORDAN KINGLEE, | ) | Date:    September 2, 2015 |
| Defendants. | ) | Time:    2:00 p.m. |
|  | ) | Judge:  Hon. Kendall J. Newman |

The United States of America, through its counsel, Assistant U. S. Attorney Christiaan Highsmith, and defendant, Jordan Kinglee, through Assistant Federal Defender, Matthew M. Scoble, stipulate that the Preliminary Hearing, currently scheduled for August 12, 2015, be continued to September 2, 2015 at 2:00 p.m.

The parties stipulate pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure that the delay is required to allow the defense reasonable time for preparation, for the government's continuing investigation of the case, and for the parties to evaluate the evidence and consider the possibility of a pre-indictment resolution of the case.

The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for

Stipulation to Continue             -1-             2:15-mj-0104-AC

defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

| DATED: August 10, 2015 | HEATHER E. WILLIAMS |
| | Federal Defender |
| | |
| | */s/ Matthew Scoble* |
| | MATTHEW SCOBLE |
| | Assistant Federal Defender |
| | Attorney for JORDAN KINGLEE |
| | |
| DATED: August 10, 2015 | BENJAMIN B. WAGNER |
| | United States Attorney |
| | |
| | */s/ Christiaan Highsmith* |
| | CHRISTIAAN HIGHSMITH |
| | Assistant U.S. Attorney |
| | Attorney for Plaintiff |

# **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to September 2, 2015, at 2:00 p.m., before the Hon. Kendall J. Newman; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the interest of the public and the defendant in a speedy trial.

DATED: August 11, 2015

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge