HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORDAN ALEXANDER KINGLEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-mj-104 AC |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY SPECIAL CONDITION OF RELEASE |
| v. | |
| JORDAN A. KINGLEE, | Judge:  Hon. Allison Claire |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Jordan Alexander Kinglee, through their respective attorneys, that the release conditions imposed on Mr. Kinglee on May 13, 2015 (Docket #5), will be modified to add:

14. **You shall participate in a cognitive behavior treatment program and moral reconation therapy [MRT] as directed by the pretrial services officer. Such program may include group sessions led by a counselor or participation in a program administrated by the Pretrial Services office.**

The proposed modification is being requested by Pretrial Services Officer, Julia M. Morris due to Mr. Kinglee's positive test results for marijuana use.

All other conditions shall remain in force.

///

| | |
|---|---|
| DATED: August 31, 2015 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Matthew M. Scoble*<br>MATTHEW M. SCOBLE<br>Assistant Federal Defender<br>Attorney for JORDAN A. KINGLEE |
| DATED: August 31, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Christiaan Highsmith*<br>CHRISTIAAN HIGHSMITH<br>Assistant U.S. Attorney |

# **O R D E R**

The following release condition is modified:

14. **You shall participate in a cognitive behavior treatment program and moral reconation therapy [MRT] as directed by the pretrial services officer. Such program may include group sessions led by a counselor or participation in a program administrated by the Pretrial Services office.**

All other conditions shall remain in force.

Dated:  September 1, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE